SHIRLEY WOODS ET AL. *v.* JOHN WODECKI

INGLIS, C. J., BALDWIN, O'SULLIVAN, WYNNE and DALY, Js.

Argued May 5—decided June 7, 1955

*Sebastian J. Russo,* for the appellants (plaintiffs).

*Robert Y. Pelgrift,* for the appellee (defendant).

PER CURIAM. There is no error.

JAMES V. CIMIRRO *v.* R. BRUNJES, INC.

INGLIS, C. J., O'SULLIVAN, WYNNE, DALY and COVELLO, Js.

Argued May 4—decided June 14, 1955

742

 

*Ernest Capozzi*, for the appellant (plaintiff).

*J. Kenneth Bradley,* with whom, on the brief, was *Henry J. Lyons,* for the appellee (defendant).

PER CURIAM. There is no error.

THE EASTERN ELECTRIC CONSTRUCTION COMPANY *v.* THOMAS F. MORRISSEY

BALDWIN, O'SULLIVAN, WYNNE, DALY and PHILLIPS, Js.

Argued June 9—decided June 27, 1955

*Gregory C. Willis,* for the appellant (plaintiff).

No appearance for the defendant (appellee).

PER CURIAM. On September 29, 1952, the defendant entered into a contract of employment with the plaintiff which provided that, for one year after the termination of his employment for any cause, he would not directly or indirectly, within the city of Bridgeport or within a radius of twenty miles there-